NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN GOVERNMENT PROPERTIES, NEW IBERIA SSA, LLC,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2015-5017

---

Appeal from the United States Court of Federal Claims in No. 1:09-cv-00131-EGB, Senior Judge Eric G. Bruggink.

---

**JUDGMENT**

---

CLINTON MEYERING, Calligaro & Meyering, P.C., Taylor, MI, argued for plaintiff-appellants.

JEFFREY D. KLINGMAN, Commercial Litigation Branch, Civil Division, Unites States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., STEPHEN J. GILLINGHAM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, MOORE, and CHEN, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 June 4, 2015                          /s/  Daniel  E.  O'Toole
      Date                             Daniel E. O'Toole
                                       Clerk of Court